## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE:<br><br>KENYA HALL<br><br><br><br>Debtor(s) | Case No. 20-32271-WRS<br>Chapter 13 |

### TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s) plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on November 02, 2020.

2. The debtor(s) §341 Meeting of Creditors was held December 07, 2020.

3. The debtor(s) overall pay record is 33%.

(**X**) It is the Trustee's contention that this debtor(s) plan is not feasible. As grounds for said objection the Trustee would offer that the debtor(s) percentage pay record as cited above.

(**X**) Debtor was to amend the Schedules to disclose her checking and savings account.

(**X**) Debtor testified at the Meeting on Creditors that she was no longer employed. Debtor was to provide the Trustee with her employment status.

WHEREFORE, the above premises considered, Trustee objects to confirmation of the debtor(s)' plan and requests that either confirmation be denied and case be dismissed, or the case be continued until such time as the above referenced issues have been resolved.

Respectfully submitted this January 05, 2021.

                                          Sabrina L. McKinney
                                          Chapter 13 Standing Trustee

                               By: /s/*Jessica P. Trotman*
                                          Jessica P. Trotman
                                          Staff Attorney

Office of the Chapter 13 Trustee
P.O. Box 173
Montgomery, AL 36101-0173
Phone: (334)262-8371
Fax: (334)262-8599
email: trotmanj@ch13mdal.org

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that I have served a copy of the foregoing Trustee's Objection to Confirmation on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this January 05, 2021.

|  |  |
|---|---|
|  | By: /s/*Jessica P. Trotman* |
|  | Jessica P. Trotman |
|  | Staff Attorney |

Copy to:   KENYA HALL
              3663 BERKLEY DR
              MONTGOMERY, AL 36111

              RICHARD D SHINBAUM (via electronic filing)