## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

IN RE: KENYA HALL  
      3663 BERKLEY DR  
      MONTGOMERY, AL 36111

CASE NO: 20-32271-WRS

Debtor.

## INCOME WITHHOLDING ORDER

TO: ANSWERED PRAYERS  
     ATTN PAYROLL  
     2801 ZELDA RD  
     MONTGOMERY, AL 36106

    The debtor subjected all of his income, including future earnings and wages to the jurisdiction of this Court by filing a case under Chapter 13 of the United States Bankruptcy Code. It is hereby

    ORDERED that ANSWERED PRAYERS withhold from the wages, earnings, or other income of this debtor the sum of **$145.00 BI-WEEKLY** and remit all such funds withheld to:

     **CHAPTER 13 TRUSTEE**  
     **20-32271-WRS KENYA HALL**  
     **P O BOX 613108**  
     **MEMPHIS TN 38101-3108**

    The wages, earnings or other income withheld in compliance with this Order should be remitted to the Trustee no less frequently than each month.

    This Order continues in force and effect until further Order of this court.

    Done Thursday, January 7, 2021.

cc: Debtor  
    Debtor's Attorney

*/ s / William R. Sawyer*  
William R. Sawyer  
United States Bankruptcy Judge